**William S. PARKER, Plaintiff–Appellant,**

v.

**David VENABLE, Defendant–Appellee.**

**No. 13–6031.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 28, 2013.

William S. Parker, Appellant Pro Se.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William S. Parker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Parker v. Venable,* No. 5:12–ct–03107–D (E.D.N.C. Nov. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*